**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6408**

---

In Re:  TONY OSIAS,

Petitioner.

---

On Petition for Writ of Mandamus.
(CR-94-111-35-M, CA-98-50-V)

---

Submitted:  April 27, 1999          Decided:  May 26, 1999

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges

---

Petition denied by unpublished per curiam opinion.

---

Tony Osias, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony Osias has filed a petition for a writ of mandamus in this court to compel the district court to expedite its consideration of his motion filed under 28 U.S.C. § 2255 (West 1994 & Supp. 1998). The granting of a writ of mandamus is a drastic remedy to be used in extraordinary circumstances. See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). A petitioner must show that he has a clear right to the relief sought, that the respondent has a clear duty to perform the act requested by petitioner, and that there is no other adequate remedy available. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

Osias has failed to make the requisite showing for such extraordinary relief. Our review of the district court docket sheet discloses that there has been significant action in the case in the past six months, and therefore there has been no undue delay in the consideration of Osias's § 2255 motion. Although we grant Osias's motion to proceed in forma pauperis, we deny his petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2